Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Harshini Narambatla, *et al.*,<br>　　　　　　Plaintiffs,<br><br>vs.<br><br>United States Department of Homeland Security,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-01275-JHC<br><br>**ORDER** |

## ORDER

UPON CONSIDERATION of Plaintiffs' consent motion for an extension of time to respond to the motion to dismiss in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Plaintiffs' consent motion is GRANTED; and it is further

ORDERED that Plaintiffs shall have through and including December 13, 2023, to respond to the motion to dismiss in this action. Any reply shall be filed by December 22, 2023, and the motion to dismiss (Dkt. # 13) shall be renoted to December 22, 2023.

SO ORDERED:

October 30, 2023　　　　　　　　　　　　　　*John H. Chun*
Dated　　　　　　　　　　　　　　　　United States District Judge John H. Chun

ORDER - 1

KARR TUTTLE CAMPBELL
701 FIFTH AVENUE, SUITE 3300
SEATTLE, WA 98104