UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Harshini Narambatla, *et al.*, | Case No. 2:23-cv-01275-JHC |
| Plaintiffs, | ORDER |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

## **ORDER**

Upon consideration of Defendant's Consent Motion to Extend Summary Judgment Deadlines, Dkt. # 38, and for good cause shown, it is hereby

ORDERED that Defendant's Consent Motion is GRANTED.

The summary judgment briefing schedule in this case shall be extended as follows:

Order Granting
Defendant's Consent Motion to Extend
Summary Judgment Briefing Deadlines
2:23-cv-01275-JHC – page 1

- Defendant's Opposition to Plaintiffs' Motion and Cross-Motion for Summary Judgment: <u>October 9, 2024</u>.

- Plaintiffs' Opposition to Defendant's Cross Motion and Reply in support of their Motion for Summary Judgment: <u>October 23, 2024</u>.

- Defendant's Reply in support of its Cross-Motion for Summary Judgment: <u>November 6, 2024</u>.

Dated this 10th day of September, 2024.

_____
John H. Chun
United States District Judge

Order Granting
Defendant's Consent Motion to Extend
Summary Judgment Briefing Deadlines
2:23-cv-01275-JHC – page 2